# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WAI YIN LAM, A36-850-434 | : | Civil Action No. DKC-06-2743 |
| Petitioner | : | |
| v. | : | |
| ALBERTO GONZALES, U.S. ATTORNEY GENERAL, et al. | : | |
| | : | |
| Respondents | | |

oo00oo

**MEMORANDUM**

Pending is a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed by Wai Lin Lam, a native and citizen of China, challenging his detention while subject to an administratively final order of removal.[1] Counsel for Respondents has filed a dispositive Motion to Dismiss the Petition as moot based on Petitioner's December 14, 2006, release from ICE custody under an Order of Supervision. Respondents Ex. A.

The sole relief sought by Petitioner is his release from ICE custody. Lam challenges only his continued detention pending removal, not the administratively final removal order. Accordingly, Petitioner has been accorded the relief he requests, and the Petition will be dismissed as moot by separate Order.

Date:   12/21/06                                       /s/
                                        DEBORAH K. CHASANOW
                                        United States District Judge

---

[1] At the time Petitioner filed for habeas relief, he was in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") and detained at the Wicomico County Detention Center.